**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| C.L.S., | : | No. 195 MM 2018 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| J.M.S., | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2018, the Emergency Application for Review of Denial of Stay is **DENIED**.